1  **NORMA A. AGUILAR**
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Norma_Aguilar@fd.org

5  Attorneys for Mr. Garcia-Lopez

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ1312 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| GUILLERMO GARCIA-LOPEZ, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: May 1, 2008              */s/  Norma Aguilar*
                                **NORMA AGUILAR**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Mr. Garcia-Lopez
                                Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  May 1, 2008                                               /s/  Norma Aguilar
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
 Email: Norma_Aguilar@fd.org